## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**CORBETT L. LANTIS**
**Plaintiff(s),**

v.

**MARION COUNTY, OREGON, et al.**
**Defendant(s).**

/

Case No.: 6:12–cv–00041–SI

**SCHEDULING ORDER FOR CIVIL ACTIONS FILED BY PRISONERS**

Pursuant to Fed. R. Civ. P. 16(b), this Scheduling Order shall be filed and served by the Clerk upon the parties or their counsel when the first answer is filed in this action. When the term "counsel" is used in this Scheduling Order, it shall include any and all parties appearing *pro se*.

**IT IS HEREBY ORDERED:**

  **(a)**   Not later than **sixty (60) days** from the date of this order, counsel shall:

   **(1)**   File all pleadings (Fed. R. Civ. P. 7(a) and 15).

   **(2)**   Join all claims, remedies and parties (Fed. R. Civ. P. 18 and 19).

   **(3)**   File pretrial, discovery and dispositive motions.

   **(4)**   Complete all discovery.

   **(5)**   Disclose all experts (Fed. R. Civ. P. 26(a)).

   **(5)**   Inform the court, in writing, if no dispositive motions will be filed by that party.

  **(b)**   Unless otherwise ordered by the court, there shall be no pretrial order.

  **(c)**   **Stipulations for Extensions of Time Not Allowed:** Absent court approval for good cause shown by written motion, counsel may not stipulate to extend the deadlines imposed by this order.

  **(d)**   **Consent to Trial by Magistrate Judge:** Upon consent of the parties, a U.S. Magistrate Judge may conduct any and all proceeding in this case, including trial and the entry of judgment. Any appeal from the judgment would be directly to the United States Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 636(c). A consent form is enclosed for execution by counsel.

**DATED:  February 13, 2013**

**MARY L. MORAN**
**Clerk of Court**

by:  /s/ G. Williams

G. Williams, Deputy Clerk

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**CORBETT L. LANTIS**  
**Plaintiff(s),**

**v.**

**MARION COUNTY, OREGON, et al.**  
**Defendant(s).**

Case No.: 6:12–cv–00041–SI

**SCHEDULING ORDER FOR CIVIL ACTIONS FILED BY PRISONERS**

_____ /

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the United States Court of Appeals for the Ninth Circuit.

**DATED:** _____

**Signature:** _____

**Name and OSB ID:** _____

**E-mail Address:** _____

**Firm Name:** _____

**Mailing Address:** _____

**City, State, Zip:** _____

**Parties Represented:** _____

cc: Counsel of Record